DEWEY M. WELCHER, in His Own Behalf and in Behalf of EDSON Z. WELCHER and Another, Appellants, v. ROBERT T. MURPHY and Others, Respondents.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SIMON FELDMAN, Respondent, v. CHARLES POLOKOFF, Appellant.— Motion to dismiss appeal denied. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

AMBROSE J. McNAMARA and Another, Appellants, v. HERBERT S. POWELL, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HUGH F. WATT, Respondent v. ERIE RAILROAD COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.

BRONISLAWA MARCZEWSKI, Appellant, v. GEORGE C. SEIFERT, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.

RICHARD MARCZEWSKI, an Infant, etc., Appellant, v. GEORGE C. SEIFERT, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.

BOLESLAW MARCZEWSKI, an Infant, etc., Appellant, v. GEORGE C. SEIFERT, Respondent.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.

GEORGE F. BECK, Respondent, v. MARION C. SHELDON, Appellant, Impleaded with Others, Defendants.—Appeal dismissed, unless appellant shall file and serve the briefs on appeal by May fifteenth. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.

FRANK O'GEEN, Appellant, v. PAVILION NATURAL GAS COMPANY, Respondent. —Appeal dismissed unless appellant shall file and serve printed papers and briefs by August first. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.

THE DWELLE-KAISER COMPANY, Respondent, v. C. H. FRID, Doing Business under the Firm Name of FRID-McLEOD CONSTRUCTION COMPANY, and Others, Respondents.—Appeal dismissed unless appellant shall file and serve printed papers by May fifteenth. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.

LORETA KAUSCH, as Administratrix, etc., of KARL KAUSCH, Deceased, Appellant, v. RAZ DELIVERY, INCORPORATED, Appellant, and ERNEST T. KUHS, Respondent.—Appeal dismissed unless appellant shall file and serve printed papers and briefs by May fourteenth. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.

CHRISTOPHER A. KEENLY, Respondent, v. ANTHONY H. WEILER and Others, Defendants; ANTON WEILER, Appellant.—Appeal dismissed unless appellant shall file and serve printed papers and briefs by May eighteenth. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.

SYRACUSE INVESTMENT CORPORATION, Respondent, v. ANTHONY H. WEILER and Others, Defendants; ANTON WEILER, Appellant.—Appeal dismissed unless appellant shall file and serve printed briefs by May fifteenth. Present — Sears, P. J., Crouch, Edgcomb and Crosby, JJ.